Paul E. Smith, Cal. Bar No. 216644
LAW OFFICES OF PAUL E. SMITH
16870 West Bernardo Dr., Suite 400
San Diego, California 92127
Telephone: (858) 679-3396
Facsimile: (858) 630-4947
psmith@paulsmithlaw.com

Attorney for Plaintiff
MAJA PEPION

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Maja Pepion,<br><br>   Plaintiff,<br><br> v.<br><br>Wolpoff & Abramson, L.L.P.,<br><br>   Defendants. | Case No.: 07 CV 2127 L (AJB)<br><br>NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE |

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), plaintiff voluntarily dismisses the above-captioned action with prejudice as to all parties and all causes of action.

Dated: December 17, 2007   LAW OFFICES OF PAUL E. SMITH

               By: _____
                  PAUL E. SMITH
                  Attorney for Plaintiff
                  MAJA PEPION